IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNATHAN DAVID McLENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:19-CV-876-WHA |
| ) | |
| SHERIFF HEATH TAYLOR & ) | |
| FORMER JAILER STEPHON PARKER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 4, 2020, the Magistrate Judge entered a Recommendation (Doc. #43) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 29th day of June, 2020.

　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE